**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZHANG ZHENBIAO, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 26-cv- 02123 <br><br> Judge Mary M. Rowland <br> Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION,
CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Zhang Zhenbiao ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in **Schedule A**, enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently.

Dated: March 18, 2026

Respectfully submitted,

/s/ Junru Chen
Junru Chen (IL Bar No. 6344136)
Clovian Law, LLC
21 S Evergreen Ave., Ste. 200-129
Arlington Height, IL 60005
(312) 500-2995
junru.chen@clovianlaw.com

1