# Schedule A

## Defendant Online Marketplaces

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A1ABASC8O3B4GM | Adriana Nicole Cosmetics | B0FPXJBB5X |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A1P4XTY9SUE9Z6 | Ailocktoy | B0F1MRPX2J |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A4NM5ACHJ0D5P | Aisand | B0DYD4HDX6 |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=A2FK88T9KHQSNP | Alpha Infuse US | B0FP2HDTXB |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A21TID944QVAB8 | Amovida Direct | B0FRMTHQ56 |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A161RLA9XUH6J6 | Amz-Filling | B0FL81DXXH |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=A1HTT7JKWGXRXF | Andy One | B0D3BMSR24 |
| 8 | https://www.amazon.com/sp?ie=UTF8&seller=A3GCEETK74TGRX | anF2025 | B0FK9WWJCH |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=A6J6CXZWONPU9 | AnYangYingHengZhuangShiZhuangXiuYouXianGongSi | B0G121BWD1 |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=A2INPCSB0HNGXV | APOICKLXEEW | B0CS32JNC1 |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=A2T3EK6PANW0F9 | Arrive quickly and on time | B0FS2CHHPY |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A11TGEAIGAGT5Y | baochang | B0CP3KLZ3Z |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A1EH1HSK369BSY | bcdhsgcdshishi | B0F7Y69MQS |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=A2AZOEVGEKOFAH | bentou | B0DLV7P5CM |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A3CPYXA19AUII7 | Big Fashion House | B0CLJ9HGTM |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A2UH0W8GAWWH18 | bnhjhbduo | B0FCSCH8TG |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A3LWXODH3JEMM4 | BoZhouShiKaiChuangZeYaoYeXiaoShouYouXianGongSi | B0G1C26FXJ |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A36DEODGUAWYKR | BreezeCraftCo | B0FHW7JKM1 |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=AFXFLR8KSP629 | BSTYCM US | B0FR1VB13K |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A3JSYDRZIY4N4V | cakes circles | B0FCG9CY27 |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y5N7PHJY65AE | cape of good hope | B0DLK87Q72 |

| | | | |
|---|---|---|---|
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A1U1384B96EBSB | charlynmc | B0FMS9SGG4 |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=A23J2W8Y05CG6X | chenbittkk | B0FQVCYMNH |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A3T530K7OWYU74 | chenhaowenaa | B0CT3K8PLV |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=AHFA2TB8VMJA5 | ChiBiShiXiNuoRuoDianZiShangWuYouXianGongSi | B0F7FTPVML |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=AG3O4RBKREIVT | CHNSEN | B0FJFS9RYB |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZMTTDV0B77LV | chongyangxianhuiyangoushangmaoyouxiangongsi | B0DZHMGZ4H |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A11P7SVGMW7IQP | CHOOFAN'S STORE | B0D9KTR4C2 |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A2UW8OJO9X8NPG | Christmas Cheer Shop【3-12 Days Express Delivery】 | B0G441S2FL |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=A2XARJSUZI5MM3 | chwessa | B0FB45FNNJ |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=A3VBVUSMBZ5ZPK | CM Lab | B0FFQ6Y733 |
| 32 | https://www.amazon.com/sp?ie=UTF8&seller=A3VY9DG655YB5P | COCOVOX | B0FDR7RSVX |
| 33 | https://www.amazon.com/sp?ie=UTF8&seller=A1BCMM5CFVRKWX | CORE INNOVATION | B0DNQBCVDX |
| 34 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q5EZUL0ZNYGA | Cosmody US | B0FM88VL69 |
| 35 | https://www.amazon.com/sp?ie=UTF8&seller=AHHLOZ3TZC7E4 | COSPLAY-USA | B0CTGD9R9W |
| 36 | https://www.amazon.com/sp?ie=UTF8&seller=A35720DOBWNNUL | CuiLingShangMao | B0FDGCCJ9Q |
| 37 | https://www.amazon.com/sp?ie=UTF8&seller=A2GNAHH5EIS5G8 | CUMABALM OFFICAL | B0FH1NLT3H |
| 38 | https://www.amazon.com/sp?ie=UTF8&seller=A1AZE3S7RXU2XN | CY-Pet store | B0CKRX32M3 |
| 39 | https://www.amazon.com/sp?ie=UTF8&seller=AHVYN4GHLCPAM | dayoujiamao | B0FV3G3YTT |
| 40 | https://www.amazon.com/sp?ie=UTF8&seller=A17LISIR04AEY6 | decte | B0FVX8QRX1 |
| 41 | https://www.amazon.com/sp?ie=UTF8&seller=A2YKIX3S72OGDO | DRDRguang | B0F5MJWNG2 |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A3MWE07FYTEKBR | DSuperstar | B0DZVL3WTB |
| 43 | https://www.amazon.com/sp?ie=UTF8&seller=A17WC9FBGUSG68 | duannashangdp | B0CZHDMN9B |
| 44 | https://www.amazon.com/sp?ie=UTF8&seller=AAXRQ1V9NLEUA | EDE Lcc | B0F8BQQ2XP |
| 45 | https://www.amazon.com/sp?ie=UTF8&seller=A299A41UAHXEGB | Enshi Qingnan Trading Co., Ltd. | B0FW574ZTW |

| 46 | https://www.amazon.com/sp?ie=UTF8&seller=A3GR7REKFJA6BN | Eyephalt Cosmetics | B0FMXMYFLN |
|---|---|---|---|
| 47 | https://www.amazon.com/sp?ie=UTF8&seller=AJ6UIL2STDC60 | FengHuiHeShengGong | B0FDG5B2TF |
| 48 | https://www.amazon.com/sp?ie=UTF8&seller=A1IIYMBLPAUHU7 | fhsda | B0F3DZ8WPR |
| 49 | https://www.amazon.com/sp?ie=UTF8&seller=A5VYRXKYGDJ3N | FuHaoFuHao | B0F8NM4JJH |
| 50 | https://www.amazon.com/sp?ie=UTF8&seller=A35BUFU8ZG7GQ8 | Fumanlou (Guangchang County) Catering Co., Ltd. | B0FRFRLBD2 |
| 51 | https://www.amazon.com/sp?ie=UTF8&seller=A1DJMSXFTFK5FF | FUTURAX SHOP | B0FFMMM16K |
| 52 | https://www.amazon.com/sp?ie=UTF8&seller=A1C8QVE8NBAI7 | Fyecms store | B0BSCH21K7 |
| 53 | https://www.amazon.com/sp?ie=UTF8&seller=A1IM0O0WDGYIRE | GanZhouDengFengSheJiYouXianGongSi | B0G58KMXL3 |
| 54 | https://www.amazon.com/sp?ie=UTF8&seller=A37TLI8FBMIL28 | GanZhouFengShengGuangGaoYouXianGongSi | B0FLTYRQ25 |
| 55 | https://www.amazon.com/sp?ie=UTF8&seller=A3E61OZPXQAK6E | GAOCUNXIANGWUTINGCUN | B0F18YYN5D |
| 56 | https://www.amazon.com/sp?ie=UTF8&seller=AOA7T7OWJY7T4 | GHFDBG | B0DPN3SPLK |
| 57 | https://www.amazon.com/sp?ie=UTF8&seller=AKSYU90CO7E81 | goumi | B0F1XHVLD4 |
| 58 | https://www.amazon.com/sp?ie=UTF8&seller=AARTCVTYQF21S | Guangzhou Huanzhang Shangmao Youxian Gongsi | B0G4KBTB8V |
| 59 | https://www.amazon.com/sp?ie=UTF8&seller=A1Z0WUNSDUHDWH | guangzhoujingyuanshangmaoyouxian gongsi | B0FWKR9DYR |
| 60 | https://www.amazon.com/sp?ie=UTF8&seller=AHYG9K26FUQ9X | GuangZhouXiangMingMaoYi | B0DJSZCZXG |
| 61 | https://www.amazon.com/sp?ie=UTF8&seller=A8LEKESW2RSSF | guangzhouxiangyanshangmaoyouxian gongsi | B0G158VCGY |
| 62 | https://www.amazon.com/sp?ie=UTF8&seller=A1JAQXXJKVYJT0 | guangzhouxulan | B0FW53L6DV |
| 63 | https://www.amazon.com/sp?ie=UTF8&seller=A1262FJVOTN5VH | hebitonglaishunjianshegongchengyouxiangongsi | B0FL7VBLK5 |
| 64 | https://www.amazon.com/sp?ie=UTF8&seller=A2HD5PFFE0LUXU | HeFei-PiKe | B0DG5HLRXP |
| 65 | https://www.amazon.com/sp?ie=UTF8&seller=AIG9MZOSLHSZP | hefeipinluo | B0D41JDR6F |
| 66 | https://www.amazon.com/sp?ie=UTF8&seller=A37TVE76XLG0H0 | Hey Nip Official | B0FKH7G3VZ |
| 67 | https://www.amazon.com/sp?ie=UTF8&seller=A3HCPXL8HJK403 | heyidedianjis | B0F1MW3PX9 |
| 68 | https://www.amazon.com/sp?ie=UTF8&seller=A25JY69PI2RRO9 | HGFDjun | B0F4X5ZQKV |
| 69 | https://www.amazon.com/sp?ie=UTF8&seller=A3JOUJXYOEK1IB | hongnidianzi | B0G1NFV3FX |

| 70 | https://www.amazon.com/sp?ie=UTF8&seller=A1KL6J2GASRVK8 | huangaizhi | B0F5Q757Q7 |
|---|---|---|---|
| 71 | https://www.amazon.com/sp?ie=UTF8&seller=A2E8382TFDGKRK | huifengjiedaojinxiujia | B0FMD8VJHY |
| 72 | https://www.amazon.com/sp?ie=UTF8&seller=A2LIN3UBFM4IQW | huihuipaim | B0F2HP7Z59 |
| 73 | https://www.amazon.com/sp?ie=UTF8&seller=A13UVS2EJPSPER | JHONESHOP | B0D117TGLY |
| 74 | https://www.amazon.com/sp?ie=UTF8&seller=A2UJOV3G54UC2U | JiaBeiamz | B0FPD7BR2Z |
| 75 | https://www.amazon.com/sp?ie=UTF8&seller=A27VLUTNVUPDL8 | jianbaby | B0F32SSG5H |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q68SZ9U8PDDZ | JIANZHEKEJIYOUXIANGONGSI | B0F8NQLFFM |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=A3KQ7VVETXYQ8B | jinhuashiqianhuidianzishangwu | B0DYNSKDH7 |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=AKM7U632CBZO9 | jinxianhair | B0FPFR7PMG |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A3948QOAOZC3V2 | jokeban | B0DW3WGGRM |
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=AOBHL5I5VULZZ | JubilantJive【3-10 Fast delivery】 | B0FN7QYLTT |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=A16A68Z654KUB8 | JXB-ZJX | B0F21CHTN8 |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A377COLNP50DKY | KLKLdong | B0FFMQKVS4 |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A1FLGEYZ1NLM19 | kongjiang store | B0G1GMK4TT |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A1RO7CFP66WXYK | Kpop-doll | B0DKBR88ZJ |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=ASZ3RIE9YPA69 | Krifer_Serfel | B0DBYYZ9T6 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1WDCTWRT7RHFM | KunMingZhuangHuXiaoShangMaoYouXianGongSi | B0CNKNB63Y |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=A28KDPMC4K57T8 | LangCaiJianZhuGongCheng | B0FHJ2RJ7D |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=A1OQHL62FV29U0 | LAPTOP TEC XLY | B0DZHN6GMD |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=AQZTP925KNKEO | Lassi Shops | B0FD428Y62 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=AHWUYM1L73QP6 | leonBeauty | B0DYJQY9HH |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=A312U579EMNA13 | LIAOJM | B0FWXM69F7 |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A1S059R18AP700 | LiHaoBaoWenCaiLiao | B0FFTM76C2 |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=A3TFNON38JMHH7 | lilu22 | B0CR8VGJZ1 |

| | | |
|---|---|---|
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A31WOU0G3NNKT5 | liyanbindianpu636 | B0FSS5613Q |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=APA0CZI8OTPNF | LJY-UP | B0FSL5Y13Q |
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=A1IPCP93AWSAEI | LOKTC custom store | B0FZ7LY1ZG |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A2EQO9M9E8KXF3 | Lonrun | B0FCF9WW93 |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A2NUABP4NFY1O0 | Madame Angelina | B0FC6MGVPZ |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=A26LTXMRQ1QC6Y | maikeinstitute | B0F24P9J7R |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=AZSBKQ3ACKVX2 | Mandel CO.,LIMITED | B0FV3JVTFZ |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=A1WAJNGTJE4TN6 | miaokuimaoyi | B0FP2B59VQ |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A3C8PCD4SB1EQ0 | michenmkijhubsuubhjj | B0CS9N9N9J |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=AH7OVPSS3HOMY | Natural Science Store | B0DMSSRGHV |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=ABFQR9RWV1D38 | NaturEasy【3-12 Days Express Delivery】 | B0G29JV6FV |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A2708SLPAB329I | NEIMENGGUJINDOU | B0FQBVRKYQ |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=A2D9VHRN6ZYZ6Y | nichumaoyi | B0F38FDW4Y |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A3VT2WG06NWB9Y | NiuBaiHuo | B0DDT848ZB |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A1Q0VNC9FDYAI1 | penegeggrr | B0F22KF3FC |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A3CEUY6FNKKWSY | QianJiangShiShuTongTuJiYangZhiChang | B0F9VTTLHG |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3SX6P09MR0VQF | QinJiaTing | B0DX25Z8BK |
| 111 | https://www.amazon.com/sp?ie=UTF8&seller=A1RR0V55Z2HKHF | qinpinshangmao | B0G2L3N4TB |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A2BFK1O1QWD03B | QiShen | B0BV9D2RWL |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=AOHI4EA97ENSI | QUANMIANMIANFEI | B0F21ZZBFF |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A1WADUAIJFE90T | RAHIMAKHAT LLC1 | B0D97X9RJB |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A22ESBBV6E14N9 | Remi Customization Stutio | B0CY1N5HMX |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A2KRYP2GSXYRKP | sen ye shang mao | B0FB3PPSTF |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=AIKVNBL3D1YSM | shanyingtiare | B0DJFR6J6F |

| | | | |
|---|---|---|---|
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A1UJN1DK44U4SG | shaoshang dianzi | B0FX14CDGB |
| 119 | https://www.amazon.com/sp?ie=UTF8&seller=A1NBL44HWN5GRB | SHAYANRUO'S STORE | B0DSGD8CM8 |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=A1PV4T2EWH6VK2 | shenghuamaojianzhugong | B0FM6ZW38L |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A2NQ29ORTXPP3N | SINGNALBV【3-12 Days Express Delivery】 | B0FY5251TQ |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A23PVC0IK0LGQ5 | sopao | B0DNMJ8M28 |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A1FE2Q2C4S5GZS | straykids-sexdoll | B0D1KDQD85 |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A1818VCJMM472E | Superbox Direct-Sale Store | B0DN9FYPNX |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A2B0FPKEFXJTFI | Sutai Healthy Direct | B0F3WT49QP |
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=A2C5RIJ4AQZU45 | SYZI-US | B0FR8BZ4S5 |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=A2I5BQAJWEX5Z6 | tai879dan | B0FD9SH3LB |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A2KUMT3KU1MJB4 | taianshihongjishipinxiaoshouyouxiangongsi | B0FW545MWR |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=ANJUWY1NN512Q | TianHongShangMao66 | B0DJ332JKN |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A34E4T3G4ZCITN | tianjinshibinhaixinquyezhaozhishangmaoyouxiangongsi | B0FNJWP359 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A3KQDZHXM5CB9O | Timbersonic Official | B0FFTCFJ6G |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A1K18BWPKLBEIP | TKten | B0BFHYPK9C |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=AZK1SU991KQ36 | tushunnv-changyiyi | B0FMRK42LQ |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=A379LK796E6115 | tusuohenggdy | B0FH4SBPQG |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A1HM1KN889PQL8 | Tyibbzefs | B0DYF7VKSW |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A33U11N4LLE4GB | US HGD Store | B0FHJZRD4B |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=A3B6QL8UTXO86A | UvU Shop | B0FL861GFV |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=AOZWTRF18GANP | VALLVE | B0FH9LLLCC |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A2DEXOKUUTW7PN | Visit the GMCHZG Store | B0CL9WLPZK |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A20ASWAN4V74WL | wagjienghon | B0FGDR67R5 |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A2H13SQKZ09YY5 | WangAiMei | B0G1BQNPLM |

| | | | |
|---|---|---|---|
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A2NAM0Y03RM7G1 | wangchaodianzishangwuyouxiangongsi | B0DX29TYKQ |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A3GXI7LWDG2VH4 | wangcheng99 | B0DLFD82Z7 |
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A3MW4658Q222PH | WangHaiDong2025 | B0D11W9QHN |
| 145 | https://www.amazon.com/sp?ie=UTF8&seller=A18Y0E2F9NI0TA | WangJiawendedian | B0DPT6GH1L |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=AWTIOU2PL8KD | wangngfamixoi | B0FSG1WJLJ |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A1C3VFX4SN63EF | wangsixiang | B0F3JCXMBJ |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=A1A1HE20UH1IKS | wendingqiye | B0FSDZHK1S |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A3RR1WQOS8J0WC | Whyte Oil | B0FPQ29DD1 |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=ARYMP0D8XSINO | WQ-Home Direct | B0D537QCKZ |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A2948O7A10Q4GC | wthddd | B0DPMXXLYR |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=A228PUUEMHB08Z | wuhanfujuyuanjianzhugongchengyouxiangongsi | B0FC24FPHX |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=ACP3ZBYWPCB70 | WuTangLong | B0FJX89KRW |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZDSKQKC8V2FL | WuZhenCaizsfbg | B0G5H3P6F7 |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A3QZWSSQYWQVB8 | xiaiyuozdgb | B0FBLHPQK9 |
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=A3U7LGT196R439 | xianchuanwkz | B0F88LPVF1 |
| 157 | https://www.amazon.com/sp?ie=UTF8&seller=A1XUC3LDX2TQQ7 | xingshang store | B0FBMHDXXR |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=A242FYSUH6JFA8 | Xinshengdianqixiaoshou | B08JWXNZKS |
| 159 | https://www.amazon.com/sp?ie=UTF8&seller=A1AB6T218WD7AC | XinZhengShiRuiJianMoLiaoMoJuYouXianGongSi | B0FKYRSFGV |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A6HIZJW1WIC56 | XIUZHUANG | B0F9W5NC26 |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=A2GPVV4IBV4F5X | XLKKD Direct | B0F12R2NYM |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A5BGJMBWYHZYQ | Xunvxun Dress-2 | B0DGX68VMV |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q1EUX74N5V2T | XYZD | B0FK4YCQJK |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A2MQ5LP9WPKKFI | yanlingfushi | B0FM87CJGW |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=AY4NXIFQ9ZD03 | YanTaiShanZeJianZhuLaoWuYouXianGongSi | B0F2LYBJPK |

| 166 | https://www.amazon.com/sp?ie=UTF8&seller=A3JZXZ2L2RJ6GL | YAOQIS | B0FV923JPG |
|---|---|---|---|
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A3ZTYWAZGT0RD | YatAner-US | B0FC26VCF5 |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A22TQ9J760YR9S | yeliangci111 | B0F1D254W1 |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A17LQ3078548AZ | yiyanghemubaihuo | B0CHVD74N5 |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=A34Q2END3S8YOA | YMJC-US | B0FPQ3P71N |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A1AI8LGGD5WCGV | yousenkeji | B0F2N11ZWC |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=A3IH3LPCE1D9WQ | YSvvBo-US-Office | B0FJRLG95G |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=A155DLUJK3Y4BO | yu tao Original poster | B0DGXD1B28 |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y60B7EIJDJSA | YuanMingg | B0FHJ4NY8X |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A1V13L4M9RC17M | YUANZENYIYI | B0FD3CWFZJ |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=A232XRTBWM0Z88 | YUYUXIN | B0DXBQLG9T |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=A1NR3IUYR9WCHB | yuzhoushilijianweishangmaoyouxiangongsi | B0CNGHXCR9 |
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=A3RZWANPRZEAZ5 | yuzhoushishiheyuan | B0FW59JXHF |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=A2D5I5FKGVUJ0Y | zhanjiangshishuqing | B0G6RMW6LL |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=A1M8HDMSYD9WND | ZhengYangMengXia | B0DNSWR5KL |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A18UL8FN2G30L2 | zhengzhoushiximufushiyouxianzerengongsi | B0F3SX4QMX |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A1RBOZJ8VUHLWA | zhi wei de dian | B0CTXNW1GH |
| 183 | https://www.amazon.com/sp?ie=UTF8&seller=A1XS9UM3DSANS | ZhiLeiShengShi | B0G4GWSBGQ |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A2D0QI0PK8YAJW | zhoukoujinyingshangmaoyouxiangongsi | B0FF95ZK68 |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=A26OR9HPF7ZGJ9 | ZQHBASE SPORT | B0D81GF4T6 |
| 186 | https://www.amazon.com/sp?ie=UTF8&seller=A39H3K1O7RNIVM | ZZsuyi | B0FCXZ9XPY |
| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A2MI18PC0CCEBO | 冠驰切削工具 | B0F8H9NHHX |
| 188 | https://www.amazon.com/sp?ie=UTF8&seller=AC0N4H7KBF6B3 | 新野县锦锋商贸有限公司 | B0DKXHPH9D |